

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00174-CV

| | | |
|---|---|---|
| ALLSTATE COUNTY MUTUAL INSURANCE COMPANY, Appellant | § | On Appeal from the 352nd District Court |
| | § | of Tarrant County (352-291883-17) |
| V. | § | July 15, 2021 |
| CHRISTINE HILL, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Allstate County Mutual Insurance Company shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
       Justice Dana Womack